

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2021

No. 04-21-00203-CR

**EX PARTE** Armando **RAMOS**

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6442-W1
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

On December 2, 2021, appellant pro se filed "Objection to Appeal Courts Denial of Standby Counsel and Request for Reconsideration." Without regard to whether this court has jurisdiction over the motion, we DENY AS MOOT the motion on the basis that appellant is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court